IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FREDDY J. SWACKHAMER                                                              PLAINTIFF
ADC #87405

V.                              NO. 5:07cv00141 JLH-JWC

GRANT HARRIS                                                                      DEFENDANT

ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Plaintiff's motion for leave to amend to substitute and add additional Defendants (docket entry #14) is denied.

IT IS SO ORDERED this 27th day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE