IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FREDDY J. SWACKHAMER                                                                    PLAINTIFF
ADC #87405

V.                                    NO. 5:07cv00141 JLH

GRANT HARRIS                                                                                  DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Defendant's motion to dismiss (docket entry #19) is hereby granted and Plaintiff's case against him is dismissed in its entirety, with prejudice.  All pending motions are denied as moot.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from this order adopting the recommendations, and any judgment entered hereunder, would not be taken in good faith.  Further, this dismissal counts as a "strike" as frivolous pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 19th day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE